IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-01591-WDM-CBS

JOHN E. AKIN AND
CAROL STEPE AKIN,

    Plaintiffs,

v.

ROBINSON FAMILY TRUST DATED MAY 19, 1992, et al.,

    Defendants.

## NOTICE OF DISMISSAL

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on December 8, 2006.

                                      BY THE COURT:

                                      s/ Walker D. Miller
                                      United States District Judge

PDF FINAL